IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| RONALD ROCHA DANIELS | § | |
| | § | |
| v. | § | 2:09-CV-0132 |
| | § | |
| UNITED STATES OF AMERICA | § | |

**ORDER OVERRULING OBJECTIONS,**
**ADOPTING REPORT AND RECOMMENDATION, and**
**DENYING MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE**

Came for consideration the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody filed by defendant RONALD ROCHA DANIELS. On September 5, 2012, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the motion to vacate be denied. Defendant filed objections to the Report and Recommendation on September 24, 2012.

Having made an independent examination of the record in this case and having examined the Report and Recommendation of the Magistrate Judge, the undersigned United States District Judge hereby OVERRULES defendant's objections and ADOPTS the Report and Recommendation. Accordingly, the motion to vacate, set aside, or correct sentence filed by defendant is, in all things, DENIED.

IT IS SO ORDERED.

ENTERED this _____ day of _____ 2012.

_____